| STATE OF LOUISIANA | NO. 24-K-360 |
|---|---|

STATE OF LOUISIANA

VERSUS

MICHAEL ROBINS

NO. 24-K-360

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

August 20, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** MICHAEL ROBINS

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE NANCY A. MILLER, DIVISION "I", NUMBER 24-3478

Panel composed of Judges Marc E. Johnson,
Scott U. Schlegel, and Timothy S. Marcel

## WRIT GRANTED FOR LIMITED PURPOSE

Relator, Michael Robins, seeks review of the trial court's July 11, 2024 denial of his application for *in forma pauperis*. At the trial court level, Relator submitted an *in forma pauperis* affidavit, stating he was 55 years old with no children or other dependents. Relator indicated that his current occupation was a fabricator but stated that he had been unemployed since 2008 with a total monthly net income of $0. According to his affidavit, Relator currently receives a monthly disability payment in the amount of $1,049.70. Relator further stated that he did not regularly receive help paying his expenses nor did he have any additional income or assets. Relator included a Legal Service Programs' Declaration certifying that relator had produced evidence that his income is less than or equal to 125% of the federal poverty level. Finally, Relator submitted a third-party affidavit signed by an individual who stated that she knew Relator "well" and that he was unable to pay the costs of court in advance or as they accrued or to post bond because of his poverty and lack of means.

The trial court then denied the motion to proceed *in forma pauperis*, without a hearing and without reasons, by writing "denied" on the motion.

> La. C.C.P. art. 5183 provides in pertinent part:
>
> B. (1) Upon the filing of the completed application and supporting affidavits, the court shall render an order that does one of the following:
> (a) Grants the application and allows the applicant to litigate or to continue the litigation without paying the costs in advance.
> (b) Denies the application with written reasons for such denial.
> (c) Sets the matter for a contradictory hearing.

The comment to the 2021 amendment of La. C.C.P. art. 5183 explains:[1]

> The requirement under this provision that written reasons be provided by the court upon the denial of an application is intended to provide the applicant with additional information necessary to, for example, correct a deficiency in the application. The form and contents of these written reasons are left to the discretion of the court.

After review, we find that the trial court was required to provide written reasons for its denial of relator's *in forma pauperis* application. Accordingly, we grant Relator's writ application for the limited purpose of remanding the matter to the trial court for compliance with La. C.C.P. art. 5183(B).

Gretna, Louisiana, this 20th day of August, 2024.

**MEJ**
**SUS**
**TSM**

---

[1] The comment to the 2021 amendment states:
Paragraph B of this Article has been amended to require the court to do one of three things after a person has filed a completed application to proceed in forma pauperis with the requisite supporting affidavits: (1) grant the application and allow the applicant to proceed in forma pauperis, (2) deny the application and provide written reasons for such denial, or (3) set the matter for a contradictory hearing.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/20/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-K-360**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Nancy A. Miller (DISTRICT JUDGE)
Thomas J. Butler (Respondent)          Laura Anne Reeds (Relator)

### MAILED